IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADRIAN CLARK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | NO. 09-0365 |

## O R D E R

AND NOW, this 22nd day of November, 2010, upon consideration of the cross-motions for summary judgment, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

    1. The Report and Recommendation is APPROVED and ADOPTED;

    2. Plaintiff's Motion for Summary Judgment is GRANTED insofar as plaintiff requests a remand;

    3. Defendant Commissioner's Motion for Summary Judgment is DENIED;

    4. The matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo.

                      BY THE COURT:

                      /s/ Robert F. Kelly
                      ROBERT F. KELLY, J.